UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MONICA ILENE ANAYA,

    Plaintiff,

v.                                                                  Civ. No. 18-300 GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court for scheduling and **IT IS ORDERED AS FOLLOWS:**

(1) Plaintiff shall file a Motion to Reverse or Remand to Administrative Agency with Supporting Memorandum on or before **September 7, 2018**;

(2) Defendant shall file a Response on or before **November 9, 2018**;

(3) Plaintiff may file a Reply on or before **November 23, 2018**;

(4) All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority[1] in support of propositions of law; and

(5) **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] Citation of unpublished opinions must be in accordance with Tenth Circuit Rule 32.1.