IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONICA ILENE ANAYA,

       Plaintiff,

v.                                                                                        Civ. No. 18-300 JCH/GBW

NANCY A. BERRYHILL,
*Acting Commissioner of the*
*Social Security Administration*,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On March 30, 2018, Plaintiff filed a Complaint in this Court seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* On September 17, 2018, Plaintiff filed a Motion to Remand to Agency or Reverse (*doc. 16*) the Social Security Administration's adverse decision. That motion was fully briefed on November 5, 2018. *See docs. 16, 20.* On November 27, 2018, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended granting Plaintiff's Motion and remanding the case to the Commissioner for further proceedings. *Doc. 23.* Neither party has filed objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 23*) is ADOPTED.  Plaintiff's motion is GRANTED and this case is hereby REMANDED to the Commissioner for further proceedings.

_____
JUDITH C. HERRERA
United States District Judge